1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | CYNTHIA M. FREY (DCBN 475889)
Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6     Oakland, California 94612
    Telephone: (510) 637-3680
7     FAX: (510) 637-3724
    Cynthia.Frey@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CR 15-100 YGR |
|---|---|
| v. | ) STIPULATION AND ORDER TO CONTINUE HEARING AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| DENNIS RUMBLE, et al., | |
| Defendants. | ) DATE: September 3, 2015<br>) TIME: 3:00 p.m. |

    This matter is set for a status conference on September 3, 2015. The parties are continuing to investigate this matter in an effort to find a resolution and have sought the assistance of Pre-trial Services. The parties previously requested a continuance for this reason. The parties have not yet obtained the information requested from Pre-trial Services, but anticipate that the information will be forthcoming. Thus, the parties agree to a second stipulation to continue this status conference date. Accordingly, the parties file this stipulation to continue the hearing to **Wednesday, September 23, 2015**

STIPULATION AND [PROPOSED] ORDER
CR 15-0100 YGR

**at 10:00 a.m.,** which the Courtroom Deputy confirmed is available, or another date that this **Court deems appropriate.** [1]

The parties further agree that time should appropriately be excluded for effective preparation of counsel from September 3, 2015 through **Wednesday, September 23, 2015 at 10:00AM** in order to provide defense counsel with adequate time to review additional discovery, conduct additional investigation, and consult with the defendant.

In addition, the defendant agrees to exclude for these periods of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that granting the continuance, is necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney |
| DATED: August 31, 2015 | /s/<br>CYNTHIA M. FREY<br>Assistant United States Attorney |
| DATED: August 31, 2015 | /s/<br>JULIA JAYNE<br>Attorney for DENNIS RUMBLE |

---

[1] The Undersigned counsel for the United States is not available from September 8, 2015 through September 21, 2015, this Court is not available on September 24, 2015, and Defense counsel is not available on October 1, 2015.

STIPULATION AND [PROPOSED] ORDER
CR 15-0100 YGR

1  Based upon the stipulation of the parties to continue the status conference currently set for
2  September 3, 2015 to **Wednesday, September 23, 2015 at 10:00 a.m.:**

3  IT IS HEREBY ORDERED that the hearing be continued to **Wednesday, September 23, 2015**
4  **at 10:00 a.m.:**

5  Based upon the representation of counsel and for good cause shown, the Court further finds that
6  failing to exclude the time between September 3, 2015 and **September 23, 2015** would unreasonably
7  deny the defendant and counsel the reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the
9  ends of justice served by excluding the time between September 3, 2015 and **Wednesday, September**
10 **23, 2015** from computation under the Speedy Trial Act outweigh the best interests of the public and the
11 defendant in a speedy trial.

12 Therefore, IT IS HEREBY ORDERED that the time between September 3, 2015 and **September**
13 **23, 2015** shall be excluded from computation under the Speedy Trial Act.  18 U.S.C
14 §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

17 DATED: September 1, 2015

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR 15-0100 YGR