1  JULIA M. JAYNE (State Bar No. 202753)
   E-Mail: *julia@jaynelawgroup.com*
2  JAYNE LAW GROUP, P.C.
   260 California Street, Suite 1001
3  San Francisco, California 94111
   Telephone: (415) 623-3600
4  Facsimile: (415) 623-3605

5  Attorneys for Defendant
   DENNIS RUMBLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 15-100 YGR [KAW] |
|---|---|
| Plaintiff, | |
| v. | **DENNIS RUMBLE'S *EX PARTE* APPLICATION FOR ORDER PERMITTING TRAVEL OUT OF DISTRICT** |
| DENNIS RUMBLE, | [~~Proposed~~] **Order** |
| Defendant. | |

I, Julia Mezhinsky Jayne, declare:

1. I represent Defendant Dennis Rumble in the above-entitled matter. He is currently released on an unsecured $100,000 bond, living with his mother in Oakland. The purpose of this application is to request that Mr. Rumble be permitted to travel to Mississippi to visit his daughter, whom Mr. Rumble just learned had a heart attack. She is in the hospital in at the University of Mississippi. He expects to fly out today, January 29, 2016 and return by February 6, 2016. Mr. Rumble will provide pretrial services with all of his travel details.

2. I have spoken with Pretrial Services Officer Kalisi Kupu, who recommended that I make this request to the Court and who supports Mr. Rumble going to see his daughter. , who monitors and supervises Mr. Rumble. He has no objection to this request.

3. I have also contacted AUSA Cynthia Frey, who informed me that she has no

1  objection to Mr. Rumble's travel request.

2      4.    Based on the foregoing, I respectfully request that the conditions of Mr. Rumble's
3  release be modified so that he may be permitted to travel to Mississippi from January 29 –
4  February 6, 2016.

5  I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct.

7  Dated: January 29, 2016          /S/_____

8            Julia Mezhinsky Jayne
             Attorney for Defendant
9            Dennis Rumble

### [~~PROPOSED~~] ORDER

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Dennis Rumble's release shall be modified as follows:

Mr. Rumble is permitted to travel to Mississippi to visit his daughter in the hospital from January 29 – February 6, 2016.

All other terms and conditions of his release shall remain the same.

DATED: 1/29/16          _____
          Hon. Kandis A. Westmore
          United States Magistrate Judge
          Northern District of California

LAW OFFICES
JAYNE LAW GROUP, P.C.
260 CALIFORNIA STREET, SUITE 1001
SAN FRANCISCO, CALIFORNIA 94111